NATIONAL FIRE INSURANCE CO. OF HARTFORD, CONN., Plaintiff in Error, v. C. H. KLEIN et al., Copartners, etc., Defendants in Error.

(Circuit Court of Appeals, Eighth Circuit. December 6, 1926.)

No. 7572.

In Error to the District Court of the United States for the District of Minnesota.

E. H. Hicks and R. J. Folonie, both of Chicago, Ill., and M. J. Doherty, of St. Paul, Minn., for plaintiff in error.

O'Brien, Horn & Stringer, of St. Paul, Minn., for defendants in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

**2**

Nathan E. PARRIS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. May 26, 1926.)

No. 7249.

In Error to the District Court of the United States for the Western District of Arkansas.

Howard H. Dailey, of Dallas, Tex., for plaintiff in error.

S. S. Langley, U. S. Atty., of Ft. Smith, Ark.

PER CURIAM. Motion of plaintiff in error for leave to be heard on typewritten transcript denied, and writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

**3**

Joe P. PARRIS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. May 26, 1926.)

No. 7250.

In Error to the District Court of the United States for the Western District of Arkansas.

Howard H. Dailey, of Dallas, Tex., for plaintiff in error.

S. S. Langley, U. S. Atty., of Ft. Smith, Ark.

PER CURIAM. Motion of plaintiff in error for leave to be heard on typewritten transcript denied, and writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

**4**

Ralph W. PONTIUS, Appellant, v. UNITED STATES, Appellee.

(Circuit Court of Appeals, Eighth Circuit. May 6, 1926.)

No. 7219.

Appeal from the District Court of the United States for the District of Kansas.

Frans E. Lindquist, of Kansas City, Mo., for appellant.

Al F. Williams, U. S. Atty., of Topeka, Kan.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee.

---

**5**

A. L. POOLE, Plaintiff in Error, v. T. E. MILLER et al., Defendants in Error.

(Circuit Court of Appeals, Eighth Circuit. December 6, 1926.)

No. 7672.

In Error to the District Court of the United States for the District of Kansas.

G. C. Spillers, of Tulsa, Okl., for plaintiff in error.

Joseph G. Carey, of Wichita, Kan., for defendants in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, per stipulation of parties.